UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEGHAN GEORGE, on behalf of herself and all others similarly situated,

                     Plaintiff,

against

SHAMROCK SALOON II LLC, dba CALICO JACK'S CANTINA, et al.,

                     Defendants.

CIVIL ACTION NO.: 17 Civ. 6663 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This matter was reassigned to the undersigned on October 2, 2019 to manage general pretrial matters and dispositive motions requiring a Report and Recommendation. On February 14, 2020, the Honorable Ronnie Abrams referred the parties to mediation and ordered that they file a status letter "[w]ithin one week of completing mediation." (ECF Nos. 96–97). On February 25, 2020, a mediator was assigned and mediation scheduled for March 26, 2020. More than two weeks have passed since the scheduled mediation date and the parties have not filed a status letter via ECF. Accordingly, the parties are ordered to file a joint status report by **Friday, April 17, 2020** regarding the status of mediation and the case overall.

Dated: New York, New York
April 13, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge