

Ius Laboris USA Global HR Lawyers

**FordHarrison**

One Grand Central Place | 60 East 42nd Street | 51st Floor
New York, New York 10165
Tel 212-453-5900 | Fax 212-453-5959

Writer's Direct Dial:

VINCENT M. AVERY
212-453-5935
VAvery@fordharrison.com

April 17, 2020

**VIA ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl St
New York, NY 10007

  Re: **George v. Shamrock Saloon II LLC et al**
     **Case No.: 1:17-CV-6663**

Dear Honorable Cave:

  As you know, we represent all defendants in the above-referenced action. We write jointly with plaintiff's counsel to respectfully request an additional sixty (60) days to mediate and have the case stayed pending the outcome of the mediation.

  This is defendants' first request for an extension of time. Defendants make this request because the parties are unable to mediate fruitfully given the fact that the plaintiff resides in California and cannot fly to New York City for the mediation due to COVID-19. The defendants reside in New Jersey and the restaurant is located in New York City. Lastly, all three states have a stay at home order in effect causing a delay in this matter. All parties, including the mediator, are in agreement that in person attendance will be necessary in order for the mediation to be successful. The parties anticipate mediation concluding by the end of June.

  Thank you for your time and consideration of this request.

        Sincerely,

        */s/ VINCENT M. AVERY*

        VINCENT M. AVERY

> The parties' joint Letter-Motion for an extension of time to complete mediation and stay pending the outcome of mediation (ECF No. 99) is GRANTED. The parties are directed to complete mediation and file a joint letter regarding its outcome by **Tuesday, June 30, 2020**. The Clerk of Court is respectfully directed to close ECF No. 99.
>
> SO-ORDERED 4/20/2020

SARAH L. CAVE
United States Magistrate Judge