UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEGHAN GEORGE, on behalf of herself and all others similarly situated,

                Plaintiff,

against

SHAMROCK SALOON II LLC, dba CALICO JACK'S CANTINA, et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 6663 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties were scheduled for a mediation on June 18, 2020, but the mediation was not held. The parties are directed to file a joint status report by **Friday, June 26, 2020**, regarding the status of mediation and the case overall.

Dated:     New York, New York
           June 19, 2020

SO ORDERED

_/s/ Sarah L. Cave_
SARAH L. CAVE
**United States Magistrate Judge**