UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEGHAN GEORGE, on behalf of herself and all others similarly situated,

                Plaintiff,

against

SHAMROCK SALOON II LLC, dba CALICO JACK'S CANTINA, et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 6663 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties were scheduled for a mediation on June 29 or 30, 2020. (See ECF No. 103).

The parties are directed to file a joint status report by **Friday, July 10, 2020**, regarding the status of mediation and the case overall.

Dated:    New York, New York
          July 7, 2020

SO ORDERED

*/s/ Sarah L. Cave*

SARAH L. CAVE
**United States Magistrate Judge**