UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEGHAN GEORGE, on behalf of herself and all
others similarly situated,

                              Plaintiff,

          against                                          CIVIL ACTION NO.: 17 Civ. 6663 (RA) (SLC)

                                                          **ORDER**
SHAMROCK SALOON II LLC, dba CALICO JACK'S
CANTINA, et al.,

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.


On April 20, 2020 and July 13, 2020 this case was stayed pending the outcome of
mediation.  (ECF No. 100, 106).  The parties have yet to complete mediation.  Despite numerous
attempts, the scheduled mediations have not been held.  (See Docket Entries dated June 18,
2020, August 17, 2020, August 21, 2020).  The parties are directed to file a joint status report
regarding the status of mediation and the case overall by **Friday, September 11, 2020**.


Dated:        New York, New York
              September 4, 2020


                              SO ORDERED


                              _____
                              **SARAH L. CAVE**
                              **United States Magistrate Judge**