UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEGHAN GEORGE, on behalf of herself and all others similarly situated,

                Plaintiff,

against

SHAMROCK SALOON II LLC, dba CALICO JACK'S CANTINA, et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 6663 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties were ordered to file a joint status report regarding the status of mediation and the case overall by September 11, 2020. (ECF No. 108). They failed to do so. The parties are ORDERED to file a joint letter by **tomorrow, September 15, 2020,** regarding the status of mediation, the case overall, and their failure to comply with the Court's order.

Dated:      New York, New York
              September 14, 2020

                                        SO ORDERED

                                        _/s/ Sarah L. Cave_
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**