UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEGHAN GEORGE, on behalf of herself and all others similarly situated,

                Plaintiff,

against

SHAMROCK SALOON II LLC, dba CALICO JACK'S CANTINA, et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 6663 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      The parties were ordered to file the motion for preliminary approval of class settlement (the "Motion") by Thursday, November 12, 2020. (ECF No. 116). They failed to do so. The Court notes that this is the second recent occasion on which the parties have failed to comply with Court orders. (See ECF No. 110). The parties are ORDERED to file the Motion by **Tuesday, November 24, 2020**.

Dated:    New York, New York
             November 17, 2020

                                      SO ORDERED

                                      _/s/ Sarah L. Cave_
                                      **SARAH L. CAVE**
                                      **United States Magistrate Judge**