

John P. Kristensen
Jesenia A. Martinez
Alejandro Marin

January 15, 2021

Via ECF

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: George v. Shamrock Saloon II, et al.
Case No. 1:17-cv-06663 (RA) (SLC)

Dear Honorable Cave:

We represent plaintiff Meghan George ("Plaintiff") and the Class in the above-referenced matter.

The parties have worked diligently to finalize the Settlement Agreement, but there remain a few outstanding items, including the parties' declarations and signatures that remain to be finalized in order for Plaintiff to finalize and file her Motion for Preliminary Approval.

As such, Plaintiff will likely need until January 22, 2021 to file the Motion for Preliminary Approval and accompanying documents. Counsel for the parties are in communication and are eager to have this matter resolved promptly. I sincerely apologize to the Court for the delays.

Thank you for your time and attention to this matter.

Sincerely,

John P. Kristensen

---

The Court has previously granted the parties five extensions to file their motion for preliminary approval of class settlement. (ECF Nos. 117, 119, 121, 123, 125). Accordingly, if the parties have not filed their motion by **Friday, January 22, 2021**, a telephone conference will be scheduled on **Thursday, January 28, 2021 at 12:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

SO-ORDERED 1/19/2021

SARAH L. CAVE
United States Magistrate Judge

12540 Beatrice Street | Suite 200 | Los Angeles, CA 90066 T 310 507 7924 | F 310 507 7906