UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEGHAN GEORGE, on behalf of herself and all others similarly situated,

                Plaintiff,

-v-

SHAMROCK SALOON II LLC, dba CALICO JACK'S CANTINA, et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 6663 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 19, 2021, the Court granted the parties' letter-motion for an extension of time to file their Motion for Preliminary Approval of Class Settlement ("Motion") and directed that if the Motion was not filed by January 22, 2021, a telephone conference would be scheduled on January 28, 2021 at 12:00 pm. (ECF No. 127). The parties timely filed the Motion on January 22, 2021. (ECF No. 128). Accordingly, the Clerk of Court is respectfully directed to CANCEL the telephone conference tentatively scheduled for January 28, 2021 at 12:00 pm. The Court will rule on the Motion in due course.

Dated:      New York, New York
              January 27, 2021

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**