UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEGHAN GEORGE, on behalf of herself and all others similarly situated,

                Plaintiff,

-v-

SHAMROCK SALOON II LLC, dba CALICO JACK'S CANTINA, et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 6663 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Settlement Agreement included with Plaintiff's motion for preliminary approval of class action settlement (the "Motion") is signed only by Plaintiff and Plaintiff's counsel. (ECF No. 128-3 at 11–13; see ECF No. 128-2 ¶ 2). Plaintiff's counsel's declaration in support of the Motion, dated January 22, 2021, declared that "Defendants' counsel has informed me that Defendants' executed version [the "Fully Executed Settlement Agreement"] is forthcoming. When it is received, it will be filed as a supplement to this Motion." (ECF No. 128-2 ¶ 2). The Fully Executed Settlement Agreement has not been filed.

Accordingly, by **Friday, July 23, 2021**, the parties shall file the Fully Executed Settlement Agreement.

Dated:     New York, New York
            July 20, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**