# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGHAN GEORGE, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>SHAMROCK SALOON II, LLC dba CALICO JACK'S CANTINA; BLITZ MARKETING, LLC; JOHN L. SULLIVAN; and DOES 1 through 20, inclusive, and each of them,<br><br>    Defendants. | Case No.: 1:17-cv-06663-RA<br><br>**<u>CLASS ACTION</u>** |

## NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff Meghan George's Motion for Final Approval of Class Action Settlement, the accompanying Declaration of John Kristensen, Declaration of Settlement Administrator, and the exhibits attached thereto; and all other papers and proceedings in this action, Plaintiff Meghan George, on behalf of herself and all other similarly situated persons, will move this Court, before the Honorable Ronnie Abrams, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, pursuant to Fed. R. Civ. P. 23 for an order granting final approval of class action settlement and granting any additional relief that the Court deems just and proper.

Dated:  November 23, 2021					Respectfully submitted,

*/s/ John P. Kristensen*
John P. Kristensen (Admitted *Pro Hac Vice*)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Telephone:  (310) 507-7924
Facsimile:  (310) 858-1063
Email: kristensen@cz.law

***Attorneys for Plaintiff and the Class***

## CERTIFICATE OF SERVICE

I certify that on November 23, 2021, a true and correct copy of the attached **NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** and accompanying documents was served via CM/ECF upon all participants of record pursuant to Fed. R. Civ. P. 5.

*/s/ John P. Kristensen*
John P. Kristensen