UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGHAN GEORGE, on behalf of herself and all others similarly situated,<br><br>                         Plaintiff,<br><br>    -v-<br><br>SHAMROCK SALOON II LLC, dba CALICO JACK'S CANTINA, et al.,<br><br>                         Defendants. | CIVIL ACTION NO.: 17 Civ. 6663 (RA) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Fairness Hearing in this action has been scheduled to proceed in-person on Tuesday, December 21, 2021 at 11:00 am.  (ECF No. 134).  The Court is mindful of the recent increasing risk of transmission of Covid-19.  Accordingly, any party that wishes to convert the Fairness Hearing to a remote conference may file a letter-application by **tomorrow, Friday, December 17, 2021**.

Dated:      New York, New York
              December 16, 2021

                                   SO ORDERED

                                   _Sarah Cave_

                                   **SARAH L. CAVE**
                                   **United States Magistrate Judge**