UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGHAN GEORGE, on behalf of herself and all others similarly situated, <br><br>                  Plaintiff, <br><br>    -v- <br><br> SHAMROCK SALOON II LLC, dba CALICO JACK'S CANTINA, <u>et</u> <u>al.</u>, <br><br>                  Defendants. | CIVIL ACTION NO.: 17 Civ. 6663 (RA) (SLC) <br><br> <u>ORDER</u> |

**SARAH L. CAVE,** United States Magistrate Judge.

WHEREAS the Court held a Telephone Fairness Hearing on December 21, 2021 to determine whether to grant final approval to the parties' Settlement Agreement.  (ECF Nos. 132 at 15, 147); and

WHEREAS on January 4, 2022, the parties consented to the Court's jurisdiction over the Motion for Final Approval of Class Action Settlement (ECF No. 138) and the Motion for an Incentive Award and Attorneys' Fees & Costs (ECF No. 142) (together, the "Motions"), and the Honorable Ronnie Abrams referred the Motions to the undersigned in accordance with 28 U.S.C. § 636(c).  (ECF No. 149);

IT IS HEREBY ORDERED that by close of business on **Friday, January 14, 2022**, the parties must submit, for the Court's review and endorsement, a Final Approval Order and Judgment.  <u>See</u> <u>Melito v. Am. Eagle Outfitters, Inc.</u>, No. 14 Civ. 2440 (VEC), 2017 WL 6403883 (S.D.N.Y. Sept. 8, 2017).

Dated:        New York, New York
               January 5, 2022

2

SO ORDERED.

_____

**SARAH L. CAVE**
**United States Magistrate Judge**

2