UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGHAN GEORGE, on behalf of herself and all others similarly situated,<br><br>                        Plaintiff,<br><br>-v-<br><br>SHAMROCK SALOON II LLC, dba CALICO JACK'S CANTINA, et al.,<br><br>                        Defendants. | CIVIL ACTION NO.: 17 Civ. 6663 (RA) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, May 13, 2022, by **May 20, 2022**, Defendants shall file a letter regarding the status of payment of the settlement funds.

Dated:      New York, New York
              May 13, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge