UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEGHAN GEORGE, on behalf of herself and all others similarly situated,

Plaintiff,

-v-

SHAMROCK SALOON II LLC, dba CALICO JACK'S CANTINA, et al.,

Defendants.

CIVIL ACTION NO.: 17 Civ. 6663 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 13, 2022, the Court directed the Defendants to file a letter (the "Letter") regarding the status of payment of the settlement funds. (ECF No. 156). To date, Defendants have not submitted the Letter. Accordingly, by **Monday, June 13, 2022**, Defendants shall file the Letter.

Dated:   New York, New York
         June 8, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge